## HAWKINS v. SINCLAIR.

(140 N. W. 246.)

Opinion filed February 10, 1913.    Rehearing denied March 5, 1913.

Appeal from the District Court for Stutsman County; *Coffey*, J.

Action to recover damages for the destruction of property in a fire alleged to have been started and allowed to escape through the negligence of the defendant. Verdict and judgment for the plaintiff. Defendant appeals.

Affirmed upon condition.

*Knauf & Knauf,* Jamestown, North Dakota, for appellant.

*S. E. Ellsworth* and *Carr & Kneeland,* Jamestown, North Dakota, for respondent.

PER CURIAM. The points of law raised in this case are substantially those which are raised in the case of Seckerson v. Sinclair, post, 625, 140 N. W. 239, and the case of Burger v. Sinclair, post, 624, 140 N. W. 246, and the facts are the same with the exception of those which relate to the damages sustained. The three actions, in fact, were consolidated upon the trial, and substantially the same rulings were made in each. The same error in regard to the allowance of damages was made in this case as in the others.

The plaintiff, therefore, at his option, may apply to the district court, within thirty days from the handing down of the remittitur herein, and have the judgment modified by entering a judgment for the sum of $365.81, with costs and disbursements, and interest there-

on from the date of the verdict, but from the date of the verdict alone. Otherwise, a new trial will be granted. Each party will pay his own costs and disbursements upon this appeal.